B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>EASTERN DIVISION (CHICAGO) | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gelb Darlene Jonelle** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more<br>than one, state all):   **xxx-xx-6488** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more<br>than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**2571 Fallbrook**<br>**Hampshire IL 60140**                    ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):                    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):                    ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above
  entities, check this box and state type
  of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined
  in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box.)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition
  of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition
  of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☑ Debts are primarily consumer
  debts, defined in 11 U.S.C.
  § 101(8) as "incurred by an
  individual primarily for a
  personal, family, or house-
  hold purpose."
- ☐ Debts are primarily
  business debts.

**Filing Fee** (Check one box.)

- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach
  signed application for the court's consideration certifying that the debtor is
  unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
  attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to
  insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment
  on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes
  of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
  there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2010 (Build 9.0.69.1, ID 1229956253)*

**B1 (Official Form 1) (4/10)**

| Voluntary Petition | Name of Debtor(s):  Geib Darlene Jonelle |
|---|---|
| *(This page must be completed and filed in every case.)* | |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:  **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor   (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____  9/30/10<br>Tom Sammons                    Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/10)                                                                    **Page 3**

| **Voluntary Petition** | Name of Debtor(s):  Geib Darlene Jonelle |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _Darlene Jonelle Geib_<br>Geib Darlene Jonelle<br><br>X _____<br><br>Telephone Number (If not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>Date |
| **Signature of Attorney\***<br><br>X _Tom Sammons_<br>Tom Sammons            Bar No. 6186993<br><br>**Law Office of Thomas F. Sammons**<br>**502 N Plum Grove Rd**<br>**Palatine IL 60067**<br><br>tom@lawsam.com #42951<br>Phone No.(847) 359-9610      Fax No.(847) 359-1581<br><br>Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | Address<br>X _____<br><br>Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2010 (Build 9.0.69.1, ID 1229956253)*

**B6A (Official Form 6A) (12/07)**

In re  Gelb Darlene Jonelle                                     Case No. _____
                                                                          (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 2571 Fallbrook Hampshire IL | Fee Title | J | $209,900.00 | $265,281.00 |
| | | Total: | $209,900.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  Gelb Darlene Jonelle                                    Case No. _____

                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Household furnishings | W | $500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Wearing apparel | W | $500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  Geib Darlene Jonelle                                    Case No. _____
                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) — Cont.

In re  Geib Darlene Jonelle                                             Case No. _____
                                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Jeep Liberty | J | $3,200.00 |
| 26. Boats, motors, and accessories. | X | | | |

B6B (Official Form 6B) (12/07) — Cont.

In re  Gelb Darlene Jonelle

Case No. _____
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____3_____ continuation sheets attached      Total >        $4,200.00

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **Geib Darlene Jonelle**                                    Case No. _____

                                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                  $146,450.*

☐  11 U.S.C. § 522(b)(2)

☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Household furnishings | 735 ILCS 5/12-1001(b) | $500.00 | $500.00 |
| Wearing apparel | 735 ILCS 5/12-1001(a), (e) | $500.00 | $500.00 |
| 2002 Jeep Liberty | 735 ILCS 5/12-1001(c) | $2,400.00 | $3,200.00 |
| | 735 ILCS 5/12-1001(b) | $800.00 | |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $4,200.00 | $4,200.00 |

B6D (Official Form 6D) (12/07)

In re **Geib Darlene Jonelle**

Case No. _____
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxx8859<br><br>**BAC HOME LOANS SERVICI**<br>**450 AMERICAN ST**<br>**SIMI VALLEY, CA 93065** | | J | DATE INCURRED: 02/27/2009<br>NATURE OF LIEN:<br>**FHA Real Estate Mortgage**<br>COLLATERAL:<br>**House Hampshire**<br>REMARKS:<br><br>VALUE: **$209,900.00** | | | | $265,281.00 | $55,381.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | $265,281.00 | $55,381.00 |
| Total (Use only on last page) > | $265,281.00 | $55,381.00 |

___**No**___ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re  **Geib Darlene Jonelle**                                           Case No. _____

                                                                          (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

_* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)
In re   Geib Darlene Jonelle

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx xxxx1460<br>**Alpine Capital Investments LLC**<br>205 W Randolph #900<br>Chicago IL 60606 | | W | DATE INCURRED:  1/09<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS:<br>**Judgment in Kane Co Case 2009 AP 001460** | | | | $11,136.20 |
| ACCT #:  xxxxxx5224<br>**American Medical Collection Agency**<br>PO Box 1235<br>Elmsford NY 10523 | | W | DATE INCURRED:  11/09<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $20.00 |
| ACCT #:  2440<br>**BANK OF AMERICA**<br>PO BOX 1598<br>NORFOLK, VA 23501 | | W | DATE INCURRED:  09/29/2006<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Also listed as account 4888930091517638** | | | | $14,182.00 |
| ACCT #:  xxxx-xxxx-xxxx-6759<br>**Bank of America**<br>Po Box 1598<br>Norfolk VA 23501 | | W | DATE INCURRED:  1/08<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $7,000.00 |
| ACCT #:  xxxxxxxx0232<br>**BARCLAYSBK**<br>PO BOX 8803<br>WILMINGTON, DE 19899 | | W | DATE INCURRED:  07/19/2006<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $3,860.00 |
| ACCT #:  xxxxxxxx4205<br>**CACH, LLC (original creditor:MBNA)**<br>370 17TH STREET, SUITE 5000<br>DENVER, CO 80202 | | W | DATE INCURRED:  06/19/2009<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | | $6,759.00 |
| | | | | | Subtotal > | | $42,957.20 |
| | | | | | Total > | | |

____4____ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gelb Darlene Jonelle**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxx2693<br>CAP ONE<br>PO BOX 85520<br>RICHMOND, VA 23285 | | W | DATE INCURRED:  09/09/1999<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $6,684.00 |
| ACCT #:  xxxxxxxx2459<br>CAP ONE<br>PO BOX 85520<br>RICHMOND, VA 23285 | | W | DATE INCURRED:  10/16/2008<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $2,976.00 |
| ACCT #:  xxxxxxxx0076<br>CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850 | | W | DATE INCURRED:  03/12/2002<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $14,756.00 |
| ACCT #:  xxxxxx4676<br>Childrens Memorial Medical Group<br>75 Remittance 1312<br>Chicago IL 60675-1312 | | W | DATE INCURRED:  4/09<br>CONSIDERATION:<br>Medical Bill<br>REMARKS: | | | | $509.00 |
| ACCT #:  xxxxxxxx0025<br>CITI<br>PO BOX 6241<br>SIOUX FALLS, SD 57117 | | W | DATE INCURRED:  07/24/2003<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $24,975.00 |
| ACCT #:  xxxxxxxx1615<br>DISCOVER FIN SVCS LLC<br>PO BOX 15316<br>WILMINGTON, DE 19850 | | W | DATE INCURRED:  06/24/2008<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $6,048.00 |

Sheet no. __1__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $55,948.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   Geib Darlene Jonelle                                      Case No. _____
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xx4506<br>Elmhurst Clinic<br>Dept 4585<br>Carol Stream IL 60122 | | W | DATE INCURRED:  4/09<br>CONSIDERATION:<br>Medical Bill<br>REMARKS: | | | | $288.89 |
| ACCT #:  xx7951<br>Elmhurst Clinic<br>Dept 4585<br>Carol Stream IL 60122 | | W | DATE INCURRED:  4/09<br>CONSIDERATION:<br>Medical Bill<br>REMARKS: | | | | $413.00 |
| ACCT #:  xxx1555<br>H & R ACCOUNTS INC (original credit<br>7017 JOHN DEERE PKWY<br>MOLINE, IL 61265 | | W | DATE INCURRED:  10/23/2009<br>CONSIDERATION:<br>Collection<br>REMARKS: | | | | $1,162.00 |
| ACCT #:  xxx5959<br>HEALTHCARE RECOVERY SO (original cr<br>1515 W 190TH STREET S-35<br>GARDENA, CA 90248 | | W | DATE INCURRED:  12/10/2009<br>CONSIDERATION:<br>Medical Debt<br>REMARKS: | | | | $1,420.00 |
| ACCT #:  xxxxxxx2487<br>HSBC BANK<br>PO BOX 52530<br>CAROL STREAM, IL 60196 | | W | DATE INCURRED:  12/01/2009<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $612.00 |
| ACCT #:  xxxxxxx-xxx-xx1-P20<br>LC System for Chase Bank<br>444 Highway 96 East<br>St Paul MN 55164 | | W | DATE INCURRED:  5/09<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $10,640.78 |

Sheet no. ___2___ of ___4___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >      $14,536.67

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   Geib Darlene Jonelle                                    Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx7435<br>**MED BUSI BUR (original creditor:MED**<br>**1460 RENAISSANCE D SUITE 400**<br>**PARK RIDGE, IL 60068** | | W | DATE INCURRED:  09/2009<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | $631.00 |
| ACCT #:  xxxxxx7438<br>**MED BUSI BUR (original creditor:MED**<br>**1460 RENAISSANCE D SUITE 400**<br>**PARK RIDGE, IL 60068** | | W | DATE INCURRED:  09/2009<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | $408.00 |
| ACCT #:  xxxxxx3179<br>**Medical Business Bureau**<br>**1175 Devin Dr #173**<br>**Norton Shores MI 49441** | | W | DATE INCURRED:  9/09<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS:<br>**Collecting for West Central Anesthesia** | | | | $1,039.16 |
| ACCT #:  xxx8772<br>**Miramed Revenue Group**<br>**Dept 77034**<br>**PO Box 77000**<br>**Detroit MI 48277** | | W | DATE INCURRED:  10/09<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $132.22 |
| ACCT #:  xxx0587<br>**Miramed Revenue Group**<br>**Dept 77034**<br>**PO Box 77000**<br>**Detroit MI 48277** | | W | DATE INCURRED:  5/09<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $161.00 |
| ACCT #:  xx0421<br>**NICOR GAS**<br>**1844 FERRY ROAD**<br>**NAPERVILLE, IL 60563** | | W | DATE INCURRED:  02/2008<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $21.00 |

Sheet no. ___3___ of ___4___ continuation sheets attached to                    Subtotal >          $2,392.38
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                             Total >
                                        (Use only on last page of the completed Schedule F.)
                                   (Report also on Summary of Schedules and, if applicable, on the
                                   Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   Gelb Darlene Jonelle                                        Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxxxxxxxxx1107<br>SALLIE MAE<br>PO BOX 9500<br>WILKES BARRE, PA 18773 | | W | DATE INCURRED:  11/07/2007<br>CONSIDERATION:<br>Educational<br>REMARKS: | | | | $35,182.00 |
| ACCT #:  xxxxxxxxxxxxxxxxxxx0628<br>SALLIE MAE<br>PO BOX 9500<br>WILKES BARRE, PA 18773 | | W | DATE INCURRED:  06/28/2006<br>CONSIDERATION:<br>Educational<br>REMARKS: | | | | $6,052.00 |
| ACCT #:<br>Tender Loving Care Medical Group<br>PO Box 3094<br>Carol Stream IL 60132 | | W | DATE INCURRED:  7/09<br>CONSIDERATION:<br>Medical Bill<br>REMARKS: | | | | $43.55 |
| ACCT #:  xxx1540<br>Winfield Pathology Consultants<br>Dept 4432<br>Carol Stream IL 60122 | | W | DATE INCURRED:  4/09<br>CONSIDERATION:<br>Medical Bill<br>REMARKS: | | | | $20.60 |
| ACCT #:  xxxx7127<br>Winfield Pathology Consultants<br>Dept 4432<br>Carol Stream IL 60122 | | W | DATE INCURRED:  4/09<br>CONSIDERATION:<br>Medical Bill<br>REMARKS: | | | | $9.90 |
| ACCT #:  xxxxx1726<br>Winfield Pathology Consultants<br>Dept 4432<br>Carol Stream IL 60122 | | W | DATE INCURRED:  4/09<br>CONSIDERATION:<br>Medical Bill<br>REMARKS: | | | | $27.00 |

Sheet no. ___4___ of ___4___ continuation sheets attached to                           Subtotal >    $41,335.05
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                       Total >    $157,169.30
                                         (Use only on last page of the completed Schedule F.)
                                         (Report also on Summary of Schedules and, if applicable, on the
                                         Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Gelb Darlene Jonelle**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxx2693<br>**CAP ONE**<br>**PO BOX 85520**<br>**RICHMOND, VA 23285** | | W | DATE INCURRED:  09/09/1999<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $6,684.00 |
| ACCT #:  xxxxxxxx2459<br>**CAP ONE**<br>**PO BOX 85520**<br>**RICHMOND, VA 23285** | | W | DATE INCURRED:  10/16/2008<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,976.00 |
| ACCT #:  xxxxxxxx0076<br>**CHASE**<br>**PO BOX 15298**<br>**WILMINGTON, DE 19850** | | W | DATE INCURRED:  03/12/2002<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $14,756.00 |
| ACCT #:  xxxxxx4676<br>**Childrens Memorial Medical Group**<br>**75 Remittance 1312**<br>**Chicago IL 60675-1312** | | W | DATE INCURRED:  4/09<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $509.00 |
| ACCT #:  xxxxxxxx0025<br>**CITI**<br>**PO BOX 6241**<br>**SIOUX FALLS, SD 57117** | | W | DATE INCURRED:  07/24/2003<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $24,975.00 |
| ACCT #:  xxxxxxxx1615<br>**DISCOVER FIN SVCS LLC**<br>**PO BOX 15316**<br>**WILMINGTON, DE 19850** | | W | DATE INCURRED:  06/24/2008<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $6,048.00 |

Sheet no. ___1___ of ___4___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $55,948.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   Geib Darlene Jonelle

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xx4506<br>Elmhurst Clinic<br>Dept 4585<br>Carol Stream IL 60122 | | W | DATE INCURRED:  4/09<br>CONSIDERATION:<br>Medical Bill<br>REMARKS: | | | | $288.89 |
| ACCT #:  xx7951<br>Elmhurst Clinic<br>Dept 4585<br>Carol Stream IL 60122 | | W | DATE INCURRED:  4/09<br>CONSIDERATION:<br>Medical Bill<br>REMARKS: | | | | $413.00 |
| ACCT #:  xxx1555<br>H & R ACCOUNTS INC (original credit<br>7017 JOHN DEERE PKWY<br>MOLINE, IL 61265 | | W | DATE INCURRED:  10/23/2009<br>CONSIDERATION:<br>Collection<br>REMARKS: | | | | $1,162.00 |
| ACCT #:  xxx5959<br>HEALTHCARE RECOVERY SO (original cr<br>1515 W 190TH STREET S-35<br>GARDENA, CA 90248 | | W | DATE INCURRED:  12/10/2009<br>CONSIDERATION:<br>Medical Debt<br>REMARKS: | | | | $1,420.00 |
| ACCT #:  xxxxxxx2487<br>HSBC BANK<br>PO BOX 52530<br>CAROL STREAM, IL 60196 | | W | DATE INCURRED:  12/01/2009<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $612.00 |
| ACCT #:  xxxxxxxx-xxx-xx1-P20<br>LC System for Chase Bank<br>444 Highway 96 East<br>St Paul MN 55164 | | W | DATE INCURRED:  5/09<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $10,640.78 |

Sheet no. __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $14,536.67

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   Gelb Darlene Jonelle                                    Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx7435<br>**MED BUSI BUR (original creditor:MED**<br>**1460 RENAISSANCE D SUITE 400**<br>**PARK RIDGE, IL 60068** | | W | DATE INCURRED:  09/2009<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | $631.00 |
| ACCT #:  xxxxxx7438<br>**MED BUSI BUR (original creditor:MED**<br>**1460 RENAISSANCE D SUITE 400**<br>**PARK RIDGE, IL 60068** | | W | DATE INCURRED:  09/2009<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | $408.00 |
| ACCT #:  xxxxxx3179<br>**Medical Business Bureau**<br>**1175 Devin Dr #173**<br>**Norton Shores MI 49441** | | W | DATE INCURRED:  9/09<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS:<br>**Collecting for West Central Anesthesia** | | | | $1,039.16 |
| ACCT #:  xxx8772<br>**Miramed Revenue Group**<br>**Dept 77034**<br>**PO Box 77000**<br>**Detroit MI 48277** | | W | DATE INCURRED:  10/09<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $132.22 |
| ACCT #:  xxx0587<br>**Miramed Revenue Group**<br>**Dept 77034**<br>**PO Box 77000**<br>**Detroit MI 48277** | | W | DATE INCURRED:  5/09<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $161.00 |
| ACCT #:  xx0421<br>**NICOR GAS**<br>**1844 FERRY ROAD**<br>**NAPERVILLE, IL 60563** | | W | DATE INCURRED:  02/2008<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $21.00 |

Sheet no. ___3___ of ___4___ continuation sheets attached to          Subtotal >          $2,392.38
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                          Total >
                              (Use only on last page of the completed Schedule F.)
                        (Report also on Summary of Schedules and, if applicable, on the
                         Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Geib Darlene Jonelle**    Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxxxxxxxxx1107<br>SALLIE MAE<br>PO BOX 9500<br>WILKES BARRE, PA 18773 | | W | DATE INCURRED: 11/07/2007<br>CONSIDERATION: Educational<br>REMARKS: | | | | $35,182.00 |
| ACCT #:  xxxxxxxxxxxxxxxxxxx0628<br>SALLIE MAE<br>PO BOX 9500<br>WILKES BARRE, PA 18773 | | W | DATE INCURRED: 06/28/2006<br>CONSIDERATION: Educational<br>REMARKS: | | | | $6,052.00 |
| ACCT #:<br>Tender Loving Care Medical Group<br>PO Box 3094<br>Carol Stream IL 60132 | | W | DATE INCURRED: 7/09<br>CONSIDERATION: Medical Bill<br>REMARKS: | | | | $43.55 |
| ACCT #:  xxx1540<br>Winfield Pathology Consultants<br>Dept 4432<br>Carol Stream IL 60122 | | W | DATE INCURRED: 4/09<br>CONSIDERATION: Medical Bill<br>REMARKS: | | | | $20.60 |
| ACCT #:  xxxx7127<br>Winfield Pathology Consultants<br>Dept 4432<br>Carol Stream IL 60122 | | W | DATE INCURRED: 4/09<br>CONSIDERATION: Medical Bill<br>REMARKS: | | | | $9.90 |
| ACCT #:  xxxxx1726<br>Winfield Pathology Consultants<br>Dept 4432<br>Carol Stream IL 60122 | | W | DATE INCURRED: 4/09<br>CONSIDERATION: Medical Bill<br>REMARKS: | | | | $27.00 |

Sheet no. __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $41,335.05

Total > $157,169.30
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **Gelb Darlene Jonelle**                                                    Case No. _____
                                                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re **Geib Darlene Jonelle**                                      Case No. _____

                                                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Williams Eric**<br>2571 Fallbrook<br>Hampshire IL 60140 | |
| **Williams Eric**<br>2571 Fallbrook<br>Hampshire IL 60140 | **BAC HOME LOANS SERVICI**<br>450 AMERICAN ST<br>SIMI VALLEY, CA 93065 |

B6I (Official Form 6I) (12/07)

In re  **Gelb Darlene Jonelle**                                       Case No. _____

                                                                          **(if known)**

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): | Age(s): | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | Waitress | |
| Name of Employer | Rookies | |
| How Long Employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1.  Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $694.09 | |
| 2.  Estimate monthly overtime | $0.00 | |
| 3.  SUBTOTAL | $694.09 | |
| 4.  LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | |
| b. Social Security Tax | $43.33 | |
| c. Medicare | $10.83 | |
| d. Insurance | $0.00 | |
| e. Union dues | $0.00 | |
| f. Retirement | $0.00 | |
| g. Other (Specify) _____ | $0.00 | |
| h. Other (Specify) _____ | $0.00 | |
| i. Other (Specify) _____ | $0.00 | |
| j. Other (Specify) _____ | $0.00 | |
| k. Other (Specify) _____ | $0.00 | |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | $54.16 | |
| 6.  TOTAL NET MONTHLY TAKE HOME PAY | $639.93 | |
| 7.  Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | |
| 8.  Income from real property | $0.00 | |
| 9.  Interest and dividends | $0.00 | |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | |
| 11. Social security or government assistance (Specify): _____ | $0.00 | |
| 12. Pension or retirement income | $0.00 | |
| 13. Other monthly income (Specify): | | |
| a. Spouse income to expenses _____ | $2,000.00 | |
| b. _____ | $0.00 | |
| c. _____ | $0.00 | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $2,000.00 | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $2,639.93 | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $2,639.93 |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

None.

B6J (Official Form 6J) (12/07)

IN RE:  **Geib Darlene Jonelle**    Case No. _____

(if known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $1,400.00 |
|     a. Are real estate taxes included?    ☑ Yes    ☐ No | |
|     b. Is property insurance included?    ☑ Yes    ☐ No | |
| 2. Utilities:   a. Electricity and heating fuel | $300.00 |
|              b. Water and sewer | $100.00 |
|              c. Telephone | $100.00 |
|              d. Other: | |
| 3. Home maintenance (repairs and upkeep) | $200.00 |
| 4. Food | $500.00 |
| 5. Clothing | $100.00 |
| 6. Laundry and dry cleaning | $100.00 |
| 7. Medical and dental expenses | $100.00 |
| 8. Transportation (not including car payments) | $400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|              a. Homeowner's or renter's | |
|              b. Life | |
|              c. Health | |
|              d. Auto | |
|              e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|              a. Auto: | |
|              b. Other: | |
|              c. Other: | |
|              d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: | |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$3,300.00** |

| |
|---|
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.** |

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $2,639.93 |
| b. Average monthly expenses from Line 18 above | $3,300.00 |
| c. Monthly net income (a. minus b.) | ($660.07) |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

In re  **Geib Darlene Jonelle**                                   Case No.

                                                                 Chapter      **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $41,234.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$41,234.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $2,639.93 |
| Average Expenses (from Schedule J, Line 18) | $3,300.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $2,640.70 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $55,381.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $157,169.30 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $212,550.30 |

B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re  **Geib Darlene Jonelle**                             Case No.

                                                            Chapter     7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $209,900.00 | | |
| B - Personal Property | Yes | 4 | $4,200.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $265,281.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $157,169.30 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $2,639.93 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $3,300.00 |
| TOTAL | | 17 | $214,100.00 | $422,450.30 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)
In re  **Gelb Darlene Jonelle**                                    Case No. _____
                                                                           **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**2**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature _X_____
                                                  _Gelb Darlene Jonelle_

Date _____          Signature _____

                                         [If joint case, both spouses must sign.]

_Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571._